# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00527-CR
### NO. 03-14-00528-CR

**James Alan Weatherford, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NOS. 14-0874-K368 & 12-0465-K277, HONORABLE RICK J. KENNON, JUDGE PRESIDING**

### O R D E R

**PER CURIAM**

In each of the above causes, appellant's brief was first due on December 29, 2014. Appellant's counsel has now filed her third motion for extension of time to file appellant's brief, seeking an extension until May 21, 2015. We grant the motion and ORDER counsel to file appellant's brief no later than the following Monday, June 1, 2015. No further extensions will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court will be ordered.[1]

It is ordered on May 8, 2015.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish

---

[1] *See* Tex. R. App. P. 38.8(b).